# United States District Court
## Western District of North Carolina
### Charlotte Division

| | | |
|---|---|---|
| Demeata O. Watson Robinson**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:19-cv-00375-MOC-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Alexander Smith | ) | |
| Driven Brands Shared Services**,** | | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 30, 2020 Order.

January 30, 2020

Frank G. Johns, Clerk
United States District Court