# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:19-cv-375-MOC-DCK

| | |
|---|---|
| **DEMEATA O. WATSON ROBINSON,** | )<br>) |
| **Plaintiff,** | )<br>) |
| vs. | )<br>)<br>) **ORDER**<br>) |
| **DRIVEN BRANDS SHARED SERVS.,**<br>**ALEXANDER SMITH,** | )<br>)<br>) |
| **Defendants.** | )<br>) |

This matter is before the Court on Plaintiff's pro se Response to Motion re Motion to Quash, Motion to Dismiss, and Motion to Reconsider Order and Judgment. (Doc. No. 21). On January 30, 2020, this Court granted defendant's motion to quash and motion to dismiss.

Plaintiff's pro se Response to Motion re Motion to Quash, Motion to Dismiss, and Motion to Reconsider Order and Judgment, (Doc. No. 21), is **DENIED**. The Court correctly dismissed Plaintiff's action as barred by the applicable statute of limitations, and Plaintiff has not presented any evidence showing the existence of rare circumstances warranting equitable tolling.

**IT IS SO ORDERED.**

Signed: February 14, 2020

Max O. Cogburn Jr.
United States District Judge